**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 1:26-cv-20843**

KEVIN CONNELLY, individually and on behalf of
all others similarly situated,

    *Plaintiff,*

vs.

THE PROCTER & GAMBLE DISTRIBUTING LLC
D/B/A THE ART OF SHAVING,

    *Defendant.*

_____/

## UNOPPOSED MOTION TO WITHDRAW ATTORNEY ANDREW SHAMIS' APPEARANCE AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 11.1(d)(3), the undersigned attorney Andrew Shamis of Shamis & Gentile, P.A., herby respectfully moves to withdraw his appearance as attorney for the Plaintiff, Kevin Connelly ("Plaintiff"). Plaintiff will continue to be represented by counsel Christopher Berman of Shamis & Gentile, P.A. whose mailing address is 14 NE 1st Ave., Suite 705, Miami, FL 33132 and Scott Edelsberg of Edelsberg Law, P.A., whose mailing address is 20900 NE 30th Ave., Suite 417, Aventura, FL 33180.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the withdrawal of Andrew Shamis.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I hereby certify that on March 3, 2026, counsel for Plaintiff conferred with counsel for Defendant via email regarding the relief requested herein and Defendant confirmed it does not oppose Plaintiff's Motion to Withdraw.

**Dated: March 6, 2026**

By: */s/ Andrew Shamis*
Andrew Shamis, Esq.
ashamis@shamisgentile.com
Florida Bar No. 101754
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305.479.2299

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
 Email: efilings@shamisgentile.com

By:   */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar No. 101754

*Counsel for Plaintiff*