**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-20843-BLOOM/Elfenbein**

KEVIN CONNELLY, individually and on behalf )
of all others similarly situated, )
                   )
        *Plaintiff,* )
                   )
v. )
                   )
THE ART OF SHAVING-FL, LLC, )
                   )
        *Defendant.* )

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kristin L. Bryan ("Ms. Bryan") of the law firm of Squire Patton Boggs (US) LLP, 1120 Avenue of the Americas, 13th Floor, New York, NY 10036, Telephone: (212) 872-9800, for purposes of appearance as co-counsel on behalf of Defendant The Art of Shaving-FL, LLC in the above-styled case only, and pursuant to Section 2B of the CM/ECF Administrative Procedures, to permit Kristin L. Bryan to receive electronic filings in this case, and in support thereof states as follows:

1.      Ms. Bryan is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of New York and the United States District Court for the Northern District of Ohio.

2.      Movant, Jason D. Joffe, of Squire Patton Boggs (US) LLP, 200 Biscayne Boulevard, Suite 3400, Miami FL 33131, is a resident of Florida and a member in good standing

of the Florida Bar and United States District Court for the Southern District of Florida. Mr. Joffe maintains an office in this state for the practice of law and is authorized to file through the Court's CM/ECF electronic filing system. He consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review and Discipline of Attorneys.

3. In accordance with the Local Rules of this Court, Ms. Bryan has made payment of this Court's $250.00 admission fee. A Certification executed by Ms. Bryan is also attached hereto.

4. Ms. Bryan has familiarized herself with the Court's Local Rules and will conduct herself in accordance with the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Kristin L. Bryan, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kristin L. Bryan at email address: kristin.bryan@squirepb.com.

WHEREFORE, Jason D. Joffe, moves this Court to enter an Order allowing Kristin L. Bryan to appear before this Court on behalf of Defendant The Art of Shaving-FL, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide Notice of Electronic Filings to Kristin L. Bryan.

Date: April 29, 2026

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile:  (305) 577-7001
Email:jason.joffe@squirepb.com

Kristin L. Bryan *(pro hac vice forthcoming)*
E-mail: kristin.bryan@squirepb.com
Shing Tse *(pro hac vice forthcoming)*
Email: shing.tse@squirepb.com

*Attorneys for Defendant The Art of Shaving-FL,
LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2026, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to

all counsel of record that are registered with the Court's CM/ECF system.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-20843-BLOOM/Elfenbein**

| | |
|---|---|
| KEVIN CONNELLY, individually and on behalf of all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| THE ART OF SHAVING-FL, LLC, | ) ) |
| *Defendant.* | ) ) |

<u>**CERTIFICATION OF KRISTIN L. BRYAN**</u>

Kristin L. Bryan, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of New York and the United States District Court for the Northern District of Ohio; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

Date: April 29, 2026

/s/ *Kristin L. Bryan*
Kristin L. Bryan