**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**KEVIN CONNELLY**, *individually and on behalf of all others similarly situated*,

   Plaintiff,

v.

**THE ART OF SHAVING-FL, LLC,**

   Defendant.

**Case No.** 1:26-cv-20843-BLOOM

Honorable Beth Bloom

**PARTIES' [PROPOSED] SCHEDULING ORDER**

THIS MATTER is before the Court pursuant to the Parties' Joint Scheduling Report [ECF No. __].

This Court, having reviewed the Parties' Joint Scheduling Report, hereby ORDERS and ADJUDGES as follows:

1.    This case is assigned to the Standard Track pursuant to Rule 16.1(a)(2)(B) S.D. Fla. L.R.

2.    The following deadlines shall apply:

| EVENT | DEADLINE |
|---|---|
| Amendment of Pleadings | July 31, 2026 |
| Joinder of Parties | July 31, 2026 |
| Mediator Selection | July 31, 2026 |
| File Motion for Class Certification; Plaintiff to Disclose Expert Witnesses and Reports as to Class Certification | November 16, 2026 |
| Defendant's Opposition to Motion for Class Certification; Defendant to Disclose Expert Witnesses and Reports as to Class Certification | December 16, 2026 |
| Plaintiff's Reply to Class Certification Motion | January 4, 2027 |

| | |
|---|---|
| Close of Class Discovery | January 4, 2027 |
| Parties to Meet and Confer and Submit Joint Proposal re: Schedule for Merits Discovery | 14 days after Court's ruling on Plaintiff's Motion for Class Certification |
| Pre-Trial Conference | October 29, 2027 |
| Trial | December 27, 2027 |

DONE AND SIGNED this _____ day of _____, 2026 in Miami, Florida.

_____

**BETH BLOOM**

**UNITED STATES DISTRICT JUDGE**

cc: All counsel of record