## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**KEVIN CONNELLY**, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**THE ART OF SHAVING-FL, LLC,**

    Defendant.

**Case No.** 1:26-cv-20843-BLOOM

Honorable Beth Bloom

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Kevin Connelly ("Plaintiff"), hereby files his Motion for Leave to File a Second Amended Complaint against Defendant The Art of Shaving-FL, LLC's ("TAOS" or "Defendant"), and in support thereof, states as follows:

Plaintiff respectfully seeks the leave of this Court to file a Second Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2), which states in part: "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." The First Amended Complaint ("FAC"), ECF No. 18, added a second count under the Connecticut Telephone Solicitation Act ("CTSA"), CT Gen Stat § 42-288a, however Plaintiff inadvertently cited to the 2023 version of the CTSA which is no longer in effect. Plaintiff now seeks leave to correct this oversight to better plead this cause of action under the current version of the CTSA so that the Defendant may be placed on proper notice as to what to defend against. A copy of Plaintiff's proposed Second Amended Complaint is attached hereto as **Exhibit A**. Leave should be granted freely here, due to the oversight, in the interests of justice.

1

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting Plaintiff leave to file a Second Amended Complaint based on the current version of the CTSA along with any such other and further relief as this Court deems just and proper.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for Plaintiff has conferred Defendant regarding the relief sought in ths Motion in a good faith effort to resolve the issues raised in the Motion. However, Defendant opposed the requested relief.  Accordingly, Plaintiff submits this Motion for Leave to File a Second Amended Complaint.

Dated: May 20, 2026

Respectfully submitted,

**Shamis & Gentile, P.A.**
*/s/ Christopher Berman*
Christopher Berman, Esq.
Florida Bar # 1010654
cberman@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

*Counsel for Plaintiff and the Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a true and correct copy of the foregoing was served via the

Court's ECF system this 20th day of May 2026 to all counsel of record.

*/s/Christopher Berman*
Christopher Berman, Esq.