**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| **KEVIN CONNELLY**, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | **Case No.** 1:26-cv-20843-BLOOM |
| v. | Honorable Beth Bloom |
| **THE ART OF SHAVING-FL, LLC,** | |
| Defendant. | |

**JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7.1, Kevin Connelly ("Plaintiff") and Defendant The Art of Shaving-FL, LLC ("Defendant") (Plaintiff and Defendant collectively, the "Parties") respectfully and jointly move this Court for a modest extension of the briefing schedule for Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, ECF No. 28. In support thereof, the Parties state as follows.

1. Defendant filed its Motion to Dismiss Plaintiff's Second Amended Complaint, ECF No. 28, on June 4, 2026.

2. Under Local Rule 7.1(c)(1), Plaintiff's current deadline to file a response is June 18, 2026, and Defendant's deadline to file a reply is June 25, 2026.

3. Under Federal Rule of Civil Procedure 6(b), a district court may extend the briefing schedule "for good cause . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1(A).

1

4.       Under Local Rule 7.1(a)(1), motions for extensions of time providing good cause and motions for court approval of a stipulation between parties do not require a memorandum of law.

5.       Good cause exists for the requested extension because the Plaintiff's counsel has several overlapping briefing deadlines, together with several scheduled hearings the week Plaintiff's response is due, for which Plaintiff's counsel needs adequate time to prepare. Accordingly, Plaintiff's counsel seeks a modest one-week extension to file his response so that he may dedicate adequate time and resources to his brief. Similarly, Defendant's counsel has other prescheduled commitments and upcoming case deadlines, making a modest extension likewise appropriate.

6.       The Parties have conferred on this request and jointly seek to modestly extend the briefing schedule as follows: Plaintiff's response should be due on June 25, 2026, and Defendant's reply on July 9, 2026.

7.       This request is made in good faith and not for purposes of delay.

WHEREFORE, the Parties respectfully request that this Court enter an Order extending the briefing schedule for Defendant's Motion to Dismiss, and setting a deadline of June 25, 2026 for Plaintiff's response, and July 9, 2026 for Defendant's reply.

Dated: June 12, 2026

Respectfully Submitted,

By: */s/ Jason D. Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
**SQUIRE PATTON BOGGS (US) LLP**
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email:jason.joffe@squirepb.com
Kristin L. Bryan *(pro hac vice)*

By: */s/Christopher E. Berman*
Christopher E. Berman
Florida Bar # 1010654
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705,
Miami, FL 33132
Tel: (305) 479-2299
cberman@shamisgentile.com

*Counsel for Plaintiff and the Putative Class*

2

E-mail: kristin.bryan@squirepb.com
Shing Tse *(pro hac vice)*
Email: shing.tse@squirepb.com

*Attorneys for Defendant The Art of Shaving-*
*FL, LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing was served

on all parties of record via the Court's electronic filing system.

*<u>/s/Christopher E. Berman</u>*
Christopher E. Berman
